# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 17-11716 JPS  Judge: JESSICA PRICE SMITH  
Case Name: GALIK, DAVID S.  
For Period Ending: 05/05/17

Trustee Name: ALAN J. TREINISH, TRUSTEE  
Date Filed (f) or Converted (c): 03/28/17 (f)  
341(a) Meeting Date: 05/02/17  
Claims Bar Date: APPLIED FOR

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE-FAMILY HOME, PPN: 05 00 062 108 007; FMV: | 121,720.00 | 0.00 | | 0.00 | FA |
| 2. TIMESHARE, JOINTLY OWNED WITH WIFE (PENDING | Unknown | 1.00 | | 0.00 | 1.00 |
| 3. TIMESHARE, JOINTLY OWNED WITH SPOUSE (PENDING | Unknown | 1.00 | | 0.00 | 1.00 |
| 4. TWO BURIAL PLOT AT CALVARY CEMETERY | 2,600.00 | 0.00 | | 0.00 | FA |
| 5. 2010 MAZDA CX 7 (FAIR CONDITION: FMV: KBB) | 4,195.00 | 0.00 | | 0.00 | FA |
| 6. 2008 FORD EDGE (GOOD CONDITION: FMV: KBB SPOUSE | 5,015.00 | 0.00 | | 0.00 | FA |
| 7. FURNITURE & HOUSEHOLD GOODS | 1,875.00 | 0.00 | | 0.00 | FA |
| 8. USED CLOTHING | 240.00 | 0.00 | | 0.00 | FA |
| 9. CASH ON HAND | 130.00 | 0.00 | | 0.00 | FA |
| 10. CHECKING ACCOUNT WITH KEY BANK (7336) (PAYROLL | 325.52 | 0.00 | | 0.00 | FA |
| 11. SAVINGS BONDS | 2,304.24 | 579.24 | | 0.00 | 579.24 |
| 12. THRIFT SAVINGS PLAN (7965) | 135,295.19 | 0.00 | | 0.00 | FA |
| 13. JOINTLY OWNED WITH SPOUSE (PENDING DIVORCE CASE) | Unknown | 1.00 | | 0.00 | 1.00 |
| 14. TAX REFUNDS (u) | 0.00 | 1.00 | | 1,480.00 | 0.00 |
| 15. PREFERENCE PAYMENT TO DISCOVER | 1,622.30 | 1,687.85 | | 1,687.85 | FA |
| TOTALS (Excluding Unknown Values) | $275,322.25 | $2,271.09 | | $3,167.85 | Gross Value of Remaining Assets $582.24 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 05/04/18   Current Projected Date of Final Report (TFR): 05/04/18

LFORM1  Ver: 19.07a

Case No: 17-11716 JPS Judge: JESSICA PRICE SMITH  Trustee Name: ALAN J. TREINISH, TRUSTEE
Case Name: GALIK, DAVID S.  Date Filed (f) or Converted (c): 03/28/17 (f)
 341(a) Meeting Date: 05/02/17
 Claims Bar Date: APPLIED FOR

/s/ ALAN J. TREINISH, TRUSTEE
_____ Date: 05/05/17
 ALAN J. TREINISH, TRUSTEE

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 17-11716 -JPS | Trustee Name: | ALAN J. TREINISH, TRUSTEE |
|---|---|---|---|
| Case Name: | GALIK, DAVID S. | Bank Name: | BOK Financial |
| | | Account Number / CD #: | *******4388 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2412 | | |
| For Period Ending: | 05/05/17 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/04/17 | 14 | US TREASURY | TAX REFUNDS | 1224-000 | 1,072.00 | | 1,072.00 |
| 05/04/17 | 14 | TAXATION INCOME TAX | TAX REFUND | 1224-000 | 408.00 | | 1,480.00 |
| 05/04/17 | 15 | OBERLIN MUNI COURT | PREFERENCE PAYMENT | 1141-000 | 550.34 | | 2,030.34 |
| 05/04/17 | 15 | WWR IOLTA | PREFERENCE PAYMENT | 1141-000 | 1,137.51 | | 3,167.85 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 3,167.85 | 0.00 | 3,167.85 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 3,167.85 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 3,167.85 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******4388 | 3,167.85 | 0.00 | 3,167.85 |
| | 3,167.85 | 0.00 | 3,167.85 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   3,167.85   0.00

Ver: 19.07a

LFORM24