Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 17−11716−jps**

**In re: (Name of Debtor)**
David S. Galik
211 Rustic Hill Lane
Amherst, OH 44001

**Social Security No.:**
xxx−xx−7904

**NOTICE OF NEED TO FILE PROOF OF CLAIM
DUE TO RECOVERY OF ASSETS**

**To the Creditors and Parties in Interest:**

The initial notice in this case instructed creditors not to file a proof of claim. Assets have since been recovered by the trustee and creditors who wish to share in distribution of funds must file a proof of claim with the clerk at:

United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

Last date to file claims: **August 14, 2017**

Creditors who do not file a proof of claim on or before the last date to file claims will not share in distribution. A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov) or at any bankruptcy clerk's office.

**If you wish to receive proof of receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self−addressed envelope. There is no fee for filing the proof of claim.**

**Any creditor who has previously filed a proof of claim need not file another proof of claim.**

**Dated:** May 8, 2017
Form ohnb177

For the Court
Teresa D. Underwood, Clerk