```
                              United States Bankruptcy Court
                               Northern District of Ohio
In re:                                                          Case No. 17-11716-jps
David S. Galik                                                  Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0647-1          User: admin                 Page 1 of 3           Date Rcvd: May 08, 2017
                              Form ID: 177a               Total Noticed: 80


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2017.
db             +David S. Galik,    211 Rustic Hill Lane,    Amherst, OH 44001-1962
24786991       +Allied Interstate, LLC,    P.O. Box 361445,    Columbus, OH 43236-1445
24786992       +Alltran Financial,    P.O. Box 610,    Sauk Rapids, MN 56379-0610
24787002       +Case Medical Center,    11100 Euclid Avenue,    Cleveland, OH 44106-1716
24787007        Cleveland Clinic,    P.O. Box 89410,    Cleveland, OH 44101-6410
24787008       +Cleveland Clinic,    9500 Euclid Avenue,    Cleveland, OH 44195-0002
24787010       +Client Services Inc,    3451 Harry S Truman Blvd,    Saint Charles, MO 63301-9816
24787009       +Client Services Inc,    P.O. Box 1503,    Saint Peters, MO 63376-0027
24787011       +Community Health Partners,    3700 Kolbe Road,    Lorain, OH 44053-1611
24787012       +Credit Control LLC,    P.O. Box 546,    Hazelwood, MO 63042-0546
24787015        ERC,    P.O. Box 23870,    Jacksonville, FL 32241-3870
24787014       +Elisha Galik,    4160 Shore Drive #1,    Lorain, OH 44053-1346
24787016       +FFCC,    24700 Chagrin Blvd, #205,    Beachwood, OH 44122-5630
24787017      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,    38 Fountain Square,    Cincinnati, OH 45263)
24787018        Fifth Third Bank,    P.O. Box 630900,    Cincinnati, OH 45263-0900
24787019       +Fifth Third Bank,    309 N Leavitt Road,    Amherst, OH 44001-1126
24787020        First Merit Bank,    III Cascade Plaza,    Akron, OH 44308
24787022      #+Fresh View Solution,    4340 S. Monaco St, #400,    Denver, CO 80237-3485
24787023      #+Frost Arnett Company,    480 James Robertson Pkwy,    Nashville, TN 37219-1212
24787024       +Global Collection Corp,    5440 North Cumberland Ave, #300,    Chicago, IL 60656-1486
24787025       +Global Vacation Network,    5360 College Blvd, #200,    Overland Park, KS 66211-1641
24787029       +Kirtland Auto Center,    7564 Chardon Road,    Willoughby, OH 44094-9417
24787031        Legendary Preferred Destinations,    320 College Boulevard,    Leawood, KS 66211
24787032       +Life Care Ambulance,    640 Cleveland Street,    Elyria, OH 44035-4104
24787033       +Lorain County Common Pleas Court,    225 Court Street,    Case No: 16CJ092033,
                 Elyria, OH 44035-5512
24787034       +Lorain County Common Pleas Court,    225 Court Street,    Case No: 16CJ092500,
                 Elyria, OH 44035-5512
24787042       +MRS Associates,    1930 Olney Ave.,    Cherry Hill, NJ 08003-2016
24787035       +Mercy Health,    P.O. Box 140190,    Toledo, OH 43614-0190
24787036       +Mercy Regional Medical Lorain,    P.O. Box 740738,    Cincinnati, OH 45274-0738
24787037       +Mercy Regional Medical Center,    P.O. Box 740819,    Cincinnati, OH 45274-0819
24787040       +Mr. & Mrs. Matt Montgomery,    5076 Rosecrest Drive,    Pittsburgh, PA 15201-1000
24787041       +Mr. & Mrs. Simon Galik,    2222 East 32nd Street,    Lorain, OH 44055-2018
24787044       +NPAS,    P.O. Box 99400,    Louisville, KY 40269-0400
24787043       +Northland Group Inc.,    P.O. Box 390905,    Minneapolis, MN 55439-0905
24787046        Oberlin Municipal Court,    85 South Main Street,    Case No: 16CVF00368,
                 Oberlin, OH 44074-1603
24787045        Oberlin Municipal Court,    85 South Main Street,    Case Number: 16CVF00087,
                 Oberlin, OH 44074-1603
24788155       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
24787047       +Palace Premier,    8725 N.W, 18 Terrace, #301,    Miami, FL 33172-2697
24787048       +PayPal Credit,    P.O. Box 105658,    Atlanta, GA 30348-5658
24787049       +Premier Surgery Center,    5319 Hoag Drive, # 120,    Elyria, OH 44035-1492
24787050       +Psych & Psych Services,    Diana Santantonio, Ed.S. & Assoc.,    750 S. Abbe Road,
                 Elyria, OH 44035-7246
24787053       +RMS Inc,    P.O. Box 707600,    Tulsa, OK 74170-7600
24787051       +Rehabilitation Consultants Inc.,    1317 Cooper Foster Park Road,    Amherst, OH 44001-1201
24787052        Retina Associates of Cleveland, Inc,    3401 Enterprise Parkway,    Suite 300,
                 Beachwood, OH 44122-7344
24787054       +Sam Bradley, Esq.,    5329 N Abbe Rd #4,    Village of Sheffield, OH 44035-0603
24787056        Sora Vigorito Inc,    1440 Snow Rd # 327,    Cleveland, OH 44134
24787057       +Superior Medical Care, Inc.,    5334 Meadow Lane Court,    Elyria, OH 44035-1469
24787059       +Transworld Systems,    P.O. Box 17221,    Wilmington, DE 19850-7221
24787062        UH Elyria Medical Center,    630 Broad Street,    Elyria, OH 44035
24787063       +UHMP Otolaryngology,    P.O. Box 14000,    Belfast, ME 04915-4033
24787064       +UHMP Univ. Pediatrics of Lorain,    P.O. Box 14000,    Belfast, ME 04915-4033
24787065       +United Collections Bureau Inc.,    5620 Southwyck Blvd,    Suite 206,    Toledo, OH 43614-1501
24787066       +University Hospital Med Practice,    11100 Euclid Avenue,    Cleveland, OH 44106-5000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              EDI: QAJTREINISH.COM May 08 2017 21:13:00      Alan J. Treinish,    50 Public Square,    Suite 924,
                 Cleveland, OH 44113-2203
ust            +E-mail/Text: ustpregion09.cl.ecf@usdoj.gov May 08 2017 21:36:49      Cynthia J. Thayer,
                 US Department of Justice,    201 Superior Avenue,    Suite 441,   Cleveland, OH 44114-1234
24786994        EDI: ARSN.COM May 08 2017 21:13:00      ARS,    P.O. Box 463023,    Escondido, CA 92046-3023
24786995        EDI: ARSN.COM May 08 2017 21:13:00      ARS National Services, Inc.,    P.O. Box 469046,
                 Escondido, CA 92046-9046
24786993        E-mail/Text: documents@apellesnow.com May 08 2017 21:38:07      Apelles,
                 3700 Corporate Drive, #240,    Columbus, OH 43231-5001
24786996        EDI: BANKAMER.COM May 08 2017 21:13:00      Bank of America,    P.O. Box 15019,
                 Wilmington, DE 19886-5019
```

```
District/off: 0647-1           User: admin                 Page 2 of 3                 Date Rcvd: May 08, 2017
                               Form ID: 177a               Total Noticed: 80
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
24786997      +EDI: STFC.COM May 08 2017 21:18:00      Cach LLC,    4340 South Monaco,   2nd Floor,
               Denver, CO 80237-3485
24786998      +E-mail/Text: bankruptcy@cavps.com May 08 2017 21:37:54      Calvary,    7 Skyline Drive,
               2nd Floor,    Hawthorne, NY 10532-2162
24787000       EDI: CAPITALONE.COM May 08 2017 21:13:00      Capital One Bank,    P.O. Box 6492,
               Carol Stream, IL 60197-6492
24787001      +EDI: RMSC.COM May 08 2017 21:13:00      Care Credit,    P.O. Box  960061,
               Orlando, FL 32896-0061
24787003      +EDI: CHASE.COM May 08 2017 21:18:00      Chase,    P.O. Box 15298,   Wilmington, DE 19850-5298
24787004      +Fax: 602-659-2196 May 08 2017 22:13:34      Chex Systems, Inc.,    7805 Hudson Road, Suite 100,
               Saint Paul, MN 55125-1703
24787005      +EDI: CITICORP.COM May 08 2017 21:13:00      Citibank,    100 Citibank Drive,
               San Antonio, TX 78245-3202
24787006      +EDI: CITICORP.COM May 08 2017 21:13:00      Citicards,    P.O. Box  6241,
               Sioux Falls, SD 57117-6241
24787013       EDI: DISCOVER.COM May 08 2017 21:13:00      Discover,    P.O. Box 15316,    Wilmington, DE 19850
24787021      +EDI: FSAE.COM May 08 2017 21:18:00      First Source,    P.O. Box 628,   Buffalo, NY 14240-0628
24787026      +E-mail/Text: bankruptcy@huntington.com May 08 2017 21:37:24      Huntington Bank,
               P.O. Box 89424,    Cleveland, OH 44101-6424
24787027      +EDI: IIC9.COM May 08 2017 21:18:00      IC System Inc.,    P.O. Box 64437,
               St. Paul, MN 55164-0437
24787028      +E-mail/Text: key_bankruptcy_ebnc@keybank.com May 08 2017 21:37:49      Key Bank,
               127 Public Square, #5600,    Cleveland, OH 44114-1226
24787030      +EDI: CBSKOHLS.COM May 08 2017 21:13:00      Kohl's,    P.O. Box 3043,    Milwaukee, WI 53201-3043
24787038       EDI: MID8.COM May 08 2017 21:13:00      Midland Credit Management, Inc.,    P.O. Box  60578,
               Los Angeles, CA 90060-0578
24787039      +EDI: MID8.COM May 08 2017 21:13:00      Midland Funding,    8875 Aero Drive #200,
               San Diego, CA 92123-2255
24787055      +E-mail/Text: ebnteam@sscu.net May 08 2017 21:38:04      Seven Seventeen Credit,
               3181 Larchmont Ave,    Warren, OH 44483-2498
24787058      +EDI: RMSC.COM May 08 2017 21:13:00      Synchrony Bank  Banana Republic,    P.O. Box 960061,
               Orlando, FL 32896-0061
24787060      +E-mail/Text: bankruptcydepartment@tsico.com May 08 2017 21:38:25      Transworld Systems,
               507 Prudential Road,    Horsham, PA 19044-2308
24787061      +E-mail/Text: kscott@mysmartravel.com May 08 2017 21:37:32      Travelwise, LLC,
               9700 Rockside Road, #100,    Cleveland, OH 44125-6268
24787067      +E-mail/Text: BKRMailOps@weltman.com May 08 2017 21:37:42      Weltman, Weinberg & Reis,
               323 W. Lakeside Avenue,    Suite 200,   Cleveland, OH 44113-1009
                                                                                               TOTAL: 27

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24786999         Capio
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                       TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2017 at the address(es) listed below:

        Alan J. Treinish    alan@treinishlpa.com, atreinish@ecf.epiqsystems.com
        William J. Balena    on behalf of Debtor David S. Galik docket@ohbksource.com, debra@ohbksource.com

                                                                                      TOTAL: 2

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 17−11716−jps**

**In re: (Name of Debtor)**
David S. Galik
211 Rustic Hill Lane
Amherst, OH 44001

**Social Security No.:**
xxx−xx−7904

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**To the Creditors and Parties in Interest:**

The initial notice in this case instructed creditors not to file a proof of claim. Assets have since been recovered by the trustee and creditors who wish to share in distribution of funds must file a proof of claim with the clerk at:

United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

Last date to file claims: **August 14, 2017**

Creditors who do not file a proof of claim on or before the last date to file claims will not share in distribution. A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov) or at any bankruptcy clerk's office.

**If you wish to receive proof of receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self−addressed envelope. There is no fee for filing the proof of claim.**

**Any creditor who has previously filed a proof of claim need not file another proof of claim.**

**Dated:** May 8, 2017
Form ohnb177

For the Court
Teresa D. Underwood, Clerk